# EXHIBIT C

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 99005577**
**Filing Date: 01/17/2025**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 99005577 |
| **MARK INFORMATION** | |
| ***MARK** | Justiceville |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Justiceville |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Croskey Law, PLLC |
| ***MAILING ADDRESS** | 1644 Blanding Boulevard |
| ***CITY** | Jacksonville |
| ***STATE** (Required for U.S. applicants) | Florida |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 32210 |
| **PHONE** | 9049551977 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | Professional Limited Liability Company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 045 |
| ***IDENTIFICATION** | Legal services. |
| **FILING BASIS** | SECTION 1(a) |
|     **FIRST USE ANYWHERE DATE** | At least as early as 09/00/2024 |
|     **FIRST USE IN COMMERCE DATE** | At least as early as 09/00/2024 |
|     **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\990\055\99005577\xml1 \ APP0003.JPG |

|  |  |
|---|---|
|  | \\TICRS\EXPORT18\IMAGEOUT18\990\055\99005577\xml1 \ APP0004.JPG |
|  | \\TICRS\EXPORT18\IMAGEOUT18\990\055\99005577\xml1 \ APP0005.JPG |
|  | \\TICRS\EXPORT18\IMAGEOUT18\990\055\99005577\xml1 \ APP0006.JPG |
|  | \\TICRS\EXPORT18\IMAGEOUT18\990\055\99005577\xml1 \ APP0007.JPG |
|  | \\TICRS\EXPORT18\IMAGEOUT18\990\055\99005577\xml1 \ APP0008.JPG |
| **SPECIMEN DESCRIPTION** | Mixture of photographs and screenshots of the applied-for mark used in commerce with respect to the applied-for services. |
| **WEBPAGE URL** | https://justicevillefl.com/ |
| **WEBPAGE DATE OF ACCESS** | 01/16/2025 |
| **WEBPAGE URL** | https://justicevillefl.com/the-firm/ |
| **WEBPAGE DATE OF ACCESS** | 01/16/2025 |
| **WEBPAGE URL** | https://www.instagram.com/p/DEfQa2YuEC9/ |
| **WEBPAGE DATE OF ACCESS** | 01/16/2025 |
| **ATTORNEY INFORMATION** | |
| **NAME** | Fernando A. Dutra |
| **ATTORNEY DOCKET NUMBER** | CROL0001WM |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Wilson Dutra, PLLC |
| **STREET** | 7643 Gate Parkway, Suite 10489 |
| **CITY** | Jacksonville |
| **STATE** | Florida |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 32256 |
| **PHONE** | 904-955-1977 |
| **EMAIL ADDRESS** | fdutra@wilsondutra.com |
| **OTHER APPOINTED ATTORNEY** | All attorneys in the firm. |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Fernando A. Dutra |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | fdutra@wilsondutra.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | cwilson@wilsondutra.com; trademarks@wilsondutra.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 350 |
| ***TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Steven Croskey/ |
| **SIGNATORY'S NAME** | Steven Croskey |
| **SIGNATORY'S POSITION** | Managing Member |
| **SIGNATORY'S PHONE NUMBER** | 904-955-1977 |
| **DATE SIGNED** | 01/17/2025 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 99005577**
**Filing Date: 01/17/2025**

## To the Commissioner for Trademarks:

**MARK:** Justiceville (Standard Characters, see [mark](#))
The literal element of the mark consists of Justiceville. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Croskey Law, PLLC, a Professional Limited Liability Company legally organized under the laws of Florida, having an address of
   1644 Blanding Boulevard
   Jacksonville, Florida 32210
   United States
   9049551977(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 045:  Legal services.

In International Class 045, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/00/2024, and first used in commerce at least as early as 09/00/2024, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Mixture of photographs and screenshots of the applied-for mark used in commerce with respect to the applied-for services..

[Specimen File1](#)
[Specimen File2](#)
[Specimen File3](#)
[Specimen File4](#)
[Specimen File5](#)
[Specimen File6](#)
Webpage URL: https://justicevillefl.com/
Webpage Date of Access: 01/16/2025
Webpage URL: https://justicevillefl.com/the-firm/
Webpage Date of Access: 01/16/2025
Webpage URL: https://www.instagram.com/p/DEfQa2YuEC9/
Webpage Date of Access: 01/16/2025


The owner's/holder's proposed attorney information: Fernando A. Dutra. Other appointed attorneys are All attorneys in the firm.. Fernando A. Dutra of Wilson Dutra, PLLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   7643 Gate Parkway, Suite 10489
   Jacksonville, Florida 32256
   United States
   904-955-1977(phone)
   fdutra@wilsondutra.com
The docket/reference number is CROL0001WM.
Fernando A. Dutra submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
   Fernando A. Dutra

PRIMARY EMAIL FOR CORRESPONDENCE: fdutra@wilsondutra.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): cwilson@wilsondutra.com; trademarks@wilsondutra.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Steven Croskey/   Date: 01/17/2025
Signatory's Name: Steven Croskey
Signatory's Position: Managing Member
Signatory's Phone Number: 904-955-1977
Signature method: Sent to third party for signature
Payment Sale Number: 99005577
Payment Accounting Date: 01/17/2025

Serial Number: 99005577
Internet Transmission Date: Fri Jan 17 09:58:55 ET 2025
TEAS Stamp: USPTO/BAS-XXXX:XXX:X:XX::XX-202501170958
56238364-99005577-880fc81fea65ad7ad5d233
ef7b39475617dd38b9cf114c03710241c906d6b2
2ca4d-CC-58555285-20250116231414522184

# Justiceville







**Where Your Recovery Starts**

In Justiceville™, we deliver personalized, experienced, and results-driven legal representation for personal injury victims throughout Florida. Whether you've been injured in a car accident, slip and fall, workplace incident, or another unexpected event, our dedicated team is here to stand by your side and fight for the compensation you deserve.

With decades of experience and a deep understanding of Florida law, we take a client-first approach to every case. By working closely with you, we simplify the legal process, listen to your concerns, and ensure your voice is heard. Our mission is to hold negligent parties accountable and make your journey to recovery as smooth and stress-free as possible.

Your well-being is our priority in Justiceville™. Contact us today for a free consultation and let us guide you toward the resolution and healing you need.

**Setzler, Croskey, Owens & Bondaryk: Fighting for Justice, One Case at a Time.**





