# EXHIBIT D



Kilpatrick Townsend & Stockton LLP
ktslaw.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528

CHRISTOPHER P. BUSSERT
direct dial 404 815 6545
direct fax 404 541 3144
cbussert@ktslaw.com

February 6, 2025

VIA FEDEX ONLY

Steven Croskey, Esq.
Managing Member
Croskey Law, PLLC
1644 Blanding Blvd.
Jacksonville, FL  32210

   Re: Infringement of JUSTICEVILLE™ Service Mark

Dear Mr. Croskey:

   This law firm represents Morgan & Morgan. ("Morgan & Morgan") in intellectual property matters. As I am sure you are aware, Morgan & Morgan is a well-known national law firm with offices throughout the country, including in Jacksonville and St. Augustine, Florida, representing clients in a wide variety of legal matters throughout the United States including personal injury.

   As you may be aware, Morgan & Morgan is the owner of a number of service marks including the JUSTICEVILLE™ service mark, which it has heavily promoted in a number of markets around the country including Jacksonville and St. Augustine in connection with its legal service's business since early 2024. An exemplar of our client's advertising of the JUSTICEVILLE™ mark is enclosed as Exhibit 1 for your reference.

   Our client recently discovered that your firm has begun using the JUSTICEVILLE™ mark in connection with its competitive legal services business and has filed with the United States Patent and Trademark Office a trademark registration application for the JUSTICEVILLE™ mark under Serial No. 99/005,577. Notably, the application is based on a date of first use of September 2024 which is many months after our client first began using the JUSTICEVILLE mark in the Jacksonville and St. Augustine markets. Your firm's adoption and use of the JUSTICEVILLE™ mark in connection with a directly

Steven Croskey
February 6, 2025
Page 2


competitive legal services business is likely to cause confusion, mistake and deception of clients and potential clients into thinking that your firm is affiliated or associated with or licensed or endorsed by Morgan & Morgan, when it clearly is not. Moreover, your firm's adoption and use of the JUSTICEVILLE™ mark, as well as filing of a federal registration application for that mark, were likely undertaken in bad faith since all of these activities occurred long after Morgan & Morgan began using the JUSTICEVILLE mark prominently in the Jacksonville and St. Augustine markets, all of which suggests that your firm copied the JUSTICEVILLE™ service mark from Morgan & Morgan.

  Your trademark attorney can advise you that federal and state laws authorize several causes of action against trademark infringement and/or conduct that is likely to create the false impression that one entity is connected to or affiliated with another.  For example, Section 32 of the federal Lanham Act provides that:

> Any person who shall, without the consent of the registrant . . . use in commerce any reproduction, counterfeit, copy or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or service on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive . . . shall be liable in a civil action by the registrant.

  You should also be aware that in cases in which infringement of another's mark has occurred, these same laws provide broad remedies, including injunctive relief and monetary relief.  Section 35 of the Lanham Act, for example, states that in cases of an infringement:

> [T]he plaintiff shall be entitled . . . to recover (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action.  The court shall assess such profits and damages or

Steven Croskey
February 6, 2025
Page 3

>cause the same to be assessed under its direction. In assessing profits the plaintiff shall be required to prove defendant's sales only; defendant must prove all elements of cost or deduction claimed. In assessing damages the court may enter judgment, according to the circumstances of the case, for any sum above the amount found as actual damages, not exceeding three times such amount.  If the court shall find that the amount of the recovery based on profits is either inadequate or excessive, the court may in its discretion enter judgment for such sum as the court shall find to be just, according to the circumstances of the case . . .. The court in exceptional cases may award reasonable attorneys' fees to the prevailing party.

Under the circumstances, your firm's continued use of a mark which is identical to Morgan & Morgan's JUSTICEVILLE™ mark is likely to cause confusion as to the source of your firm's services, or as to the connection, licensing, sponsorship, endorsement or authorization of those services by Morgan & Morgan.

We are writing you as a courtesy to offer your firm an opportunity to avoid litigation by immediately confirming that it: (1) has ceased all use of the JUSTICEVILLE™ mark including on its website and in any of your firm's advertising; and (2) has voluntarily abandoned Serial No. 99/005,577 for the JUSTICEVILLE™ mark filed with the United States Patent and Trademark Office.

We request you provide us with written confirmation by the close of business on **Wednesday, February 19, 2025,** that your firm has complied with these demands. Absent such a response from your firm, we will assume that your firm is not interested in reaching an amicable resolution of this matter and our client will pursue immediately all legal remedies available to it.

We look forward to your prompt response.

Steven Croskey
February 6, 2025
Page 4

                                                Sincerely,

                                                Christopher P. Bussert

CPB/dc
cc:   Morgan & Morgan

EXHIBIT 1



```
ORIGIN ID:QFEA   (404) 815-6500       SHIP DATE: 03MAR25
CHRIS BUSSERT                         ACTWGT: 0.50 LB
KILPATRICK TOWNSEND & STOCKTON LLP    CAD: 253852128/WSXI3600
1100 PEACHTREE STREET NE SUITE 2800
ATLANTA, GA 30309
UNITED STATES US                      BILL SENDER

TO  STEVEN CROSKEY
    CROSKEY LAW, PLLC
    1644 BLANDING BLVD

    JACKSONVILLE FL 32210
(404) 815-6545
INV:            REF: 056317.1488214-03789
PO:                              DEPT:
```



FedEx Express

TRK# 2860 2651 0705    TUE - 04 MAR 10:30A
0201                   PRIORITY OVERNIGHT

XP CRGA                ASR 32210
                       FL-US  JAX



3/3/25, 4:37 PM