# EXHIBIT E

| | |
|---|---|
| **From:** | Jacob Salit |
| **To:** | Bussert, Chris |
| **Cc:** | Fernando Dutra; WD Trademarks; Camille Wilson |
| **Subject:** | Trademark Infringement Dispute Response - JUSTICEVILLE (CROL0001WM) |
| **Date:** | Wednesday, February 19, 2025 10:35:47 AM |
| **Attachments:** | image001.png |

Hello Christopher,

We hope this communication finds you well.

We are writing today on behalf of Croskey Law, PLLC.

Our firm represents Croskey Law, PLLC, with respect to matters pertaining to their trademarks, including their "JUSTICEVILLE" brand.

Please direct any future correspondence concerning this matter directly to us.

While we review the allegations set forth in the February 6, 2025 letter, may you please provide us with proof that Morgan & Morgan has heavily promoted JUSTICEVILLE around the country and began using JUSTICEVILLE in commerce since early 2024?

Upon receipt, we will review and discuss with our client for their consideration.

Any silence or refusal to provide any additional evidence, other than the sole billboard image provided in Exhibit 1 without indication of data or time, will be relied upon by my client.

This correspondence is not intended to be a complete statement of the facts and circumstances concerning the matters addressed herein or our client's right and remedies respecting the same, all of which are expressly reserved.

We look forward to hearing from you soon.

Best,
Jacob Salit



**Electronic Privacy Notice:** This email, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. If you have received this communication in error, please notify us immediately by telephone or email, and then immediately destroy the original communication. Thank you for your cooperation.