AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Middle District of Florida___ on the following

✖ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>**3:25-cv-00491-MMH-MCR** | DATE FILED<br>**05/01/2025** | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| PLAINTIFF<br><br>**Morgan Global, PLLC** | | DEFENDANT<br><br>**Croskey Law, PLLC** |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1    **See Attached** | | |

| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>Julissa Soto | DATE<br>**05/02/2025** |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**MORGAN GLOBAL, PLLC,**

     Plaintiff,

     v.

**CROSKEY LAW, PLLC,**

     Defendant.

_____/

## COMPLAINT

Plaintiff Morgan Global, PLLC ("Plaintiff"), by and through its undersigned

counsel, files this Complaint against Defendant Croskey Law, PLLC ("Defendant")

and alleges as follows:

### NATURE OF THE ACTION

This is an action for declaratory judgment under the Declaratory Judgment

Act, 28 U.S.C. §§ 2201 and 2202, to resolve the issue of priority of use of the

JUSTICEVILLE™ service mark ("JUSTICEVILLE Mark") in connection with

legal services.  Plaintiff seeks a declaration from this Court that Plaintiff's use of the

JUSTICEVILLE Mark in commerce in the Jacksonville, Florida metropolitan area,

through its licensee Morgan & Morgan Jacksonville, PLLC, began prior to

Defendant's claimed first use of that mark in commerce in that geographic area.

1

## THE PARTIES

1.      Plaintiff, Morgan Global, PLLC, is a Florida limited liability company having a principal place of business at 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801.

2.      Upon information and belief, Defendant, Croskey Law, PLLC, is a Florida law firm having a principal place of business at 1644 Blanding Boulevard, Jacksonville, Florida 32210.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction under Section 39 of the Lanham Act, 15 U.S.C. § 1121, and under 28 U.S.C. §§ 1331 and 1338.

4.      This Court has personal jurisdiction over Defendant because Defendant resides in this State, does business in this State, has engaged in acts or omissions within this State causing injury, and has otherwise established contacts with this State making the exercise of personal jurisdiction proper.

5.      This Court has declaratory judgment jurisdiction because the dispute over which party has priority of use of the JUSTICEVILLE Mark in the Jacksonville metropolitan area constitutes a concrete and substantial controversy between parties

with adverse legal interests of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

6.    Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (2) because Defendant resides in this District and a substantial part of the events or omissions giving rise to the action occurred in this District.

## FACTUAL BACKGROUND

7.    Plaintiff is the owner of a number of trademarks and service marks, including the JUSTICEVILLE Mark, that have been licensed to Morgan & Morgan Jacksonville, PLLC ("Morgan Jacksonville") for use in connection with Morgan Jacksonville's legal services business.

8.    Morgan Jacksonville and its related entities (collectively referred to as "Morgan & Morgan") specialize in representing individuals in a wide variety of matters throughout the country including in the State of Florida.  Morgan & Morgan currently has offices in all fifty states.  In the state of Florida, Morgan & Morgan has over  30 offices throughout the state including an office in Jacksonville.  Morgan Jacksonville is located at 501 Riverside Ave, Suite 1200, Jacksonville, Florida 32202.  Among the practice areas in which Morgan & Morgan's attorneys provide representation are personal injury, medical malpractice, worker's compensation, nursing home abuse, wrongful death, product liability, product recalls, premises liability, business and civil rights litigation, insurance disputes, social security

disability, veterans benefits and workplace disputes.  Morgan & Morgan also represents individuals and consumers in class actions in several of the foregoing practice areas.

9.     Defendant is a Florida personal injury law firm with offices in Jacksonville, St. Augustine, and Tampa.  A true and correct copy of the Secretary of State form showing the law firm's active status is attached as **Exhibit A**.

10.     Plaintiff began using the JUSTICEVILLE Mark in the Jacksonville metropolitan area, through its licensee Morgan Jacksonville, at least as early as July 1, 2024.  True and correct copies of examples of Morgan Jacksonville's use of the JUSTICEVILLE Mark are attached as **Exhibit B**.

11.     On information and belief, Defendant had not initiated use of the JUSTICEVILLE Mark in commerce in the Jacksonville metropolitan area as of July 1, 2024.

12.     On January 17, 2025, Defendant filed trademark application Serial No. 99/005,577 with the United States Patent and Trademark Office ("USPTO") to register the JUSTICEVILLE Mark in connection with legal services in International Class 45.

13.     Defendant's trademark application indicates that it began using the JUSTICEVILLE Mark on "09/00/2024," which the USPTO construes to mean September 30, 2024.  *See* Trademark Manual of Examining Practice § 903.06.  A

4

true and correct copy of Defendant's trademark application for the JUSTICEVILLE

Mark is attached as **Exhibit C**.

14.    On information and belief, Defendant had not initiated use of the

JUSTICEVILLE Mark in commerce in the Jacksonville metropolitan area as of

September 30, 2024.

15.    On February 6, 2025, upon learning of Defendant's JUSTICEVILLE

Mark trademark application and Defendant's use of that mark, Plaintiff's trademark

counsel sent a letter to Defendant, notifying Defendant of Plaintiff's prior rights in

the JUSTICEVILLE Mark and, requesting that Defendant cease all use of the

JUSTICEVILLE Mark and that Defendant voluntarily abandon its trademark

application for the JUSTICEVILLE Mark filed with the USPTO.  A true and correct

copy of the letter sent to Defendant on February 6, 2025 is attached as **Exhibit D**.

16.    On February 19, 2025, Defendant's trademark counsel responded to

Plaintiff's counsel and requested "proof that Morgan has heavily promoted

JUSTICEVILLE around the country and began using JUSTICEVILLE in commerce

since early 2024."  A true and correct copy of Defendant's counsel's email sent to

Plaintiff's counsel on February 19, 2025 is attached as **Exhibit E**.

17.    On March 14, 2025, Plaintiff's counsel sent a second letter to

Defendant's counsel, stating that the relevant issue between the parties was which

party first used the JUSTICEVILLE Mark in commerce in the Jacksonville

metropolitan area. To facilitate an expedited resolution of this issue, Plaintiff's counsel proposed a voluntary, simultaneous exchange of evidence to establish the date when each party began use of the JUSTICEVILLE Mark in the Jacksonville metropolitan area. A true and correct copy of the letter sent to Defendant's counsel on March 14, 2025 is attached as **Exhibit F**.

18.    On March 21, 2025, Defendant's counsel sent an email rejecting Plaintiff's counsel's proposal. Instead, Defendant's counsel asserted that Defendant had priority of use of the JUSTICEVILLE Mark, and accused Morgan & Morgan of intentionally infringing Defendant's trademark in bad faith. Defendant's counsel further suggested that Plaintiff make an offer to purchase Defendant's rights in and to the JUSTICEVILLE Mark. He added that if Plaintiff was "adamant" about a mutual exchange of evidence that pertains to the priority date, that the exchange take place at an in-person mediation. A true and correct copy of an email chain between the parties' counsel related to the JUSTICEVILLE Mark is attached as **Exhibit G**.

19.    On March 23 and March 31, 2025, Plaintiff's counsel, sent two emails to Defendant's counsel seeking to set up a call for counsel for the parties to discuss the priority of use issue further by phone. Defendant's counsel has failed to respond to either email. *See id*.

20.    As the parties have reached an impasse on the issue of priority of use of the JUSTICEVILLE Mark in the Jacksonville metropolitan area, and each has

claimed rights in the same mark in connection with legal services, Plaintiff seeks a declaratory judgment from this Court that Plaintiff, through its licensee Morgan Jacksonville, began use of the JUSTICEVILLE Mark in commerce in the Jacksonville metropolitan area prior to Defendant's claimed first use of the JUSTICEVILLE Mark in commerce in that geographic area.

## CLAIM FOR RELIEF
**(Declaration of Prior Trademark Use by Plaintiff)**

21.    Plaintiff repeats and incorporates by reference the allegations in paragraphs 1-20 of this Complaint.

22.    An actual, immediate, and justiciable controversy between the parties exists over whether Plaintiff has priority of rights in and to the JUSTICEVILLE Mark in the Jacksonville metropolitan area.

23.    Plaintiff began using the JUSTICEVILLE Mark in commerce in the Jacksonville metropolitan area, through its licensee Morgan Jacksonville, at least as early as July 1, 2024.

24.    Defendant has alleged that it has prior use of the JUSTICEVILLE Mark in commerce to Plaintiff in the Jacksonville metropolitan area.

25.    On information and belief, Defendant had not begun use of the JUSTICEVILLE Mark in commerce as of July 1, 2024.

26.    Accordingly, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C.§§ 2201 et seq., Plaintiff requests that this Court declare that it began use of

the JUSTICEVILLE Mark in commerce in the Jacksonville metropolitan area, through its licensee Morgan Jacksonville, prior to the time Defendant began use of the JUSTICEVILLE Mark in commerce in that geographic area.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays the Court enter declaratory judgment in its favor as follows:

An order declaring that Plaintiff's use of the JUSTICEVILLE Mark in commerce in the Jacksonville metropolitan area, through its licensee Morgan Jacksonville, began prior to the date Defendant began using the JUSTICEVILLE Mark in commerce in that geographic area.

DATED:  May 1, 2025

Respectfully submitted,

**MORGAN GLOBAL, PLLC**
20 N. Orange Ave.
Suite 1600
Orlando, Florida 32801
Telephone: 407.236.5974
Facsimile: 407.245.3349

By:  _Damien H. Prosser_
       Damien H. Prosser
       Florida Bar No.: 17455


**KILPATRICK TOWNSEND & STOCKTON LLP**

CHRISTOPHER P. BUSSERT (_To be Admitted Pro Hac Vice_)
CHARLES H. HOOKER (_To be Admitted Pro Hac Vice_)
CHRISTOPHER C. WILLIAMS-LOPEZ (_To be Admitted Pro Hac Vice_)
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528

Attorneys for Morgan Global, PLLC

JS 44 (Rev. 07/16) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Morgan Global, PLLC

**DEFENDANTS**
Croskey Law, PLLC

**(b)** County of Residence of First Listed Plaintiff  Orange
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Duval
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Morgan, P.A.
20 N. Orange Ave. Suite 1600
Orlando, Florida 32801

Attorneys *(If Known)*
WILSON DUTRA, PLLC
7643 Gate Parkway
Ste 10489

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 2201 and 2202
Brief description of cause:
The issue of priority of use of a trademark

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE
4/30/2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# EXHIBIT A

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000045084

**Entity Name:** CROSKEY LAW, PLLC

**FILED**
**Mar 19, 2025**
**Secretary of State**
**3590171334CC**

**Current Principal Place of Business:**

1644 BLANDING BLVD.
JACKSONVILLE, FL 32210

**Current Mailing Address:**

1644 BLANDING BLVD.
JACKSONVILLE, FL 32210 US

**FEI Number:** 81-1724244                                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DAVID M. W. SETZLER P.A.
1644 BLANDING BLVD.,
JACKSONVILLE, FL 32210 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  DAVID SETZLER                                                                03/19/2025

Electronic Signature of Registered Agent                                                       Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MANAGER |
| Name | STEVEN, CROSKEY | | Name | CROSKEY, VIKTORIYA |
| Address | 1644 BLANDING BLVD. | | Address | 1644 BLANDING BLVD. |
| City-State-Zip: | JACKSONVILLE FL 32210 | | City-State-Zip: | JACKSONVILLE FL 32210 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN CROSKEY                              MGR                        03/19/2025

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

# EXHIBIT B





# EXHIBIT C

PTO- 1478
Approved for use through 05/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 99005577**
**Filing Date: 01/17/2025**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 99005577 |
| **MARK INFORMATION** | |
| *MARK | Justiceville |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Justiceville |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Croskey Law, PLLC |
| *MAILING ADDRESS | 1644 Blanding Boulevard |
| *CITY | Jacksonville |
| *STATE<br>(Required for U.S. applicants) | Florida |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 32210 |
| PHONE | 9049551977 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | Professional Limited Liability Company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 045 |
| *IDENTIFICATION | Legal services. |
| FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 09/00/2024 |
|    FIRST USE IN COMMERCE DATE | At least as early as 09/00/2024 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\990\055\99005577\xml1 \ APP0003.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\990\055\99005577\xml1 \ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\990\055\99005577\xml1 \ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\990\055\99005577\xml1 \ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\990\055\99005577\xml1 \ APP0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\990\055\99005577\xml1 \ APP0008.JPG |
| **SPECIMEN DESCRIPTION** | Mixture of photographs and screenshots of the applied-for mark used in commerce with respect to the applied-for services. |
| **WEBPAGE URL** | https://justicevillefl.com/ |
| **WEBPAGE DATE OF ACCESS** | 01/16/2025 |
| **WEBPAGE URL** | https://justicevillefl.com/the-firm/ |
| **WEBPAGE DATE OF ACCESS** | 01/16/2025 |
| **WEBPAGE URL** | https://www.instagram.com/p/DEfQa2YuEC9/ |
| **WEBPAGE DATE OF ACCESS** | 01/16/2025 |
| **ATTORNEY INFORMATION** | |
| **NAME** | Fernando A. Dutra |
| **ATTORNEY DOCKET NUMBER** | CROL0001WM |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Wilson Dutra, PLLC |
| **STREET** | 7643 Gate Parkway, Suite 10489 |
| **CITY** | Jacksonville |
| **STATE** | Florida |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 32256 |
| **PHONE** | 904-955-1977 |
| **EMAIL ADDRESS** | fdutra@wilsondutra.com |
| **OTHER APPOINTED ATTORNEY** | All attorneys in the firm. |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Fernando A. Dutra |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | fdutra@wilsondutra.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | cwilson@wilsondutra.com; trademarks@wilsondutra.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 350 |
| **\*TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Steven Croskey/ |
| **SIGNATORY'S NAME** | Steven Croskey |
| **SIGNATORY'S POSITION** | Managing Member |
| **SIGNATORY'S PHONE NUMBER** | 904-955-1977 |
| **DATE SIGNED** | 01/17/2025 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 99005577**
**Filing Date: 01/17/2025**

### To the Commissioner for Trademarks:

**MARK:** Justiceville (Standard Characters, see mark)
The literal element of the mark consists of Justiceville. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Croskey Law, PLLC, a Professional Limited Liability Company legally organized under the laws of Florida, having an address of
    1644 Blanding Boulevard
    Jacksonville, Florida 32210
    United States
    9049551977(phone)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 045:  Legal services.

In International Class 045, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/00/2024, and first used in commerce at least as early as 09/00/2024, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Mixture of photographs and screenshots of the applied-for mark used in commerce with respect to the applied-for services..
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Webpage URL: https://justicevillefl.com/
Webpage Date of Access: 01/16/2025
Webpage URL: https://justicevillefl.com/the-firm/
Webpage Date of Access: 01/16/2025
Webpage URL: https://www.instagram.com/p/DEfQa2YuEC9/
Webpage Date of Access: 01/16/2025

The owner's/holder's proposed attorney information: Fernando A. Dutra. Other appointed attorneys are All attorneys in the firm.. Fernando A. Dutra of Wilson Dutra, PLLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    7643 Gate Parkway, Suite 10489
    Jacksonville, Florida 32256
    United States
    904-955-1977(phone)
    fdutra@wilsondutra.com
The docket/reference number is CROL0001WM.
Fernando A. Dutra submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Fernando A. Dutra

PRIMARY EMAIL FOR CORRESPONDENCE: fdutra@wilsondutra.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): cwilson@wilsondutra.com; trademarks@wilsondutra.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Steven Croskey/   Date: 01/17/2025
Signatory's Name: Steven Croskey
Signatory's Position: Managing Member
Signatory's Phone Number: 904-955-1977
Signature method: Sent to third party for signature
Payment Sale Number: 99005577
Payment Accounting Date: 01/17/2025

Serial Number: 99005577
Internet Transmission Date: Fri Jan 17 09:58:55 ET 2025
TEAS Stamp: USPTO/BAS-XXXX:XXX:X:XX::XX-202501170958
56238364-99005577-880fc81fea65ad7ad5d233
ef7b39475617dd38b9cf114c03710241c906d6b2
2ca4d-CC-58555285-20250116231414522184

# Justiceville







**Where Your Recovery Starts**

In Justiceville™, we deliver personalized, experienced, and results-driven legal representation for personal injury victims throughout Florida. Whether you've been injured in a car accident, slip and fall, workplace incident, or another unexpected event, our dedicated team is here to stand by your side and fight for the compensation you deserve.

With decades of experience and a deep understanding of Florida law, we take a client-first approach to every case. By working closely with you, we simplify the legal process, listen to your concerns, and ensure your voice is heard. Our mission is to hold negligent parties accountable and make your journey to recovery as smooth and stress-free as possible.

Your well-being is our priority in Justiceville™. Contact us today for a free consultation and let us guide you toward the resolution and healing you need.

**Setzler, Croskey, Owens & Bondaryk: Fighting for Justice, One Case at a Time.**







# EXHIBIT D



**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528

CHRISTOPHER P. BUSSERT
direct dial 404 815 6545
direct fax 404 541 3144
cbussert@ktslaw.com

February 6, 2025

<u>VIA FEDEX ONLY</u>

Steven Croskey, Esq.
Managing Member
Croskey Law, PLLC
1644 Blanding Blvd.
Jacksonville, FL 32210

Re: <u>Infringement of JUSTICEVILLE™ Service Mark</u>

Dear Mr. Croskey:

      This law firm represents Morgan & Morgan. ("Morgan & Morgan") in intellectual property matters. As I am sure you are aware, Morgan & Morgan is a well-known national law firm with offices throughout the country, including in Jacksonville and St. Augustine, Florida, representing clients in a wide variety of legal matters throughout the United States including personal injury.

      As you may be aware, Morgan & Morgan is the owner of a number of service marks including the JUSTICEVILLE™ service mark, which it has heavily promoted in a number of markets around the country including Jacksonville and St. Augustine in connection with its legal service's business since early 2024. An exemplar of our client's advertising of the JUSTICEVILLE™ mark is enclosed as Exhibit 1 for your reference.

      Our client recently discovered that your firm has begun using the JUSTICEVILLE™ mark in connection with its competitive legal services business and has filed with the United States Patent and Trademark Office a trademark registration application for the JUSTICEVILLE™ mark under Serial No. 99/005,577. Notably, the application is based on a date of first use of September 2024 which is many months after our client first began using the JUSTICEVILLE mark in the Jacksonville and St. Augustine markets. Your firm's adoption and use of the JUSTICEVILLE™ mark in connection with a directly

ANCHORAGE ATLANTA AUGUSTA BEIJING CHARLOTTE CHICAGO DALLAS DENVER HOUSTON LOS ANGELES NEW YORK PHOENIX RALEIGH
SAN DIEGO SAN FRANCISCO SEATTLE SHANGHAI SILICON VALLEY STOCKHOLM TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM

Steven Croskey
February 6, 2025
Page 2

competitive legal services business is likely to cause
confusion, mistake and deception of clients and potential
clients into thinking that your firm is affiliated or associated
with or licensed or endorsed by Morgan & Morgan, when it clearly
is not. Moreover, your firm's adoption and use of the
JUSTICEVILLE™ mark, as well as filing of a federal registration
application for that mark, were likely undertaken in bad faith
since all of these activities occurred long after Morgan &
Morgan began using the JUSTICEVILLE mark prominently in the
Jacksonville and St. Augustine markets, all of which suggests
that your firm copied the JUSTICEVILLE™ service mark from Morgan
& Morgan.

        Your trademark attorney can advise you that federal
and state laws authorize several causes of action against
trademark infringement and/or conduct that is likely to create
the false impression that one entity is connected to or
affiliated with another.  For example, Section 32 of the federal
Lanham Act provides that:

            Any person who shall, without the consent of
            the registrant . . . use in commerce any
            reproduction, counterfeit, copy or colorable
            imitation of a registered mark in connection
            with the sale, offering for sale,
            distribution, or advertising of any goods or
            service on or in connection with which such
            use is likely to cause confusion, or to
            cause mistake, or to deceive . . . shall be
            liable in a civil action by the registrant.

        You should also be aware that in cases in which
infringement of another's mark has occurred, these same laws
provide broad remedies, including injunctive relief and monetary
relief.  Section 35 of the Lanham Act, for example, states that
in cases of an infringement:

            [T]he plaintiff shall be entitled . . . to
            recover (1) defendant's profits, (2) any
            damages sustained by the plaintiff, and
            (3) the costs of the action.  The court
            shall assess such profits and damages or

Steven Croskey
February 6, 2025
Page 3

cause the same to be assessed under its
direction. In assessing profits the
plaintiff shall be required to prove
defendant's sales only; defendant must prove
all elements of cost or deduction claimed.
In assessing damages the court may enter
judgment, according to the circumstances of
the case, for any sum above the amount found
as actual damages, not exceeding three times
such amount.  If the court shall find that
the amount of the recovery based on profits
is either inadequate or excessive, the court
may in its discretion enter judgment for
such sum as the court shall find to be just,
according to the circumstances of the
case . . ..  The court in exceptional cases
may award reasonable attorneys' fees to the
prevailing party.

Under the circumstances, your firm's continued use of
a mark which is identical to Morgan & Morgan's JUSTICEVILLE™
mark is likely to cause confusion as to the source of your
firm's services, or as to the connection, licensing,
sponsorship, endorsement or authorization of those services by
Morgan & Morgan.

We are writing you as a courtesy to offer your firm an
opportunity to avoid litigation by immediately confirming that
it: (1) has ceased all use of the JUSTICEVILLE™ mark including
on its website and in any of your firm's advertising; and (2)
has voluntarily abandoned Serial No. 99/005,577 for the
JUSTICEVILLE™ mark filed with the United States Patent and
Trademark Office.

We request you provide us with written confirmation by
the close of business on **Wednesday, February 19, 2025,** that your
firm has complied with these demands. Absent such a response
from your firm, we will assume that your firm is not interested
in reaching an amicable resolution of this matter and our client
will pursue immediately all legal remedies available to it.

We look forward to your prompt response.

Steven Croskey
February 6, 2025
Page 4

Sincerely,

Christopher P. Bussert

CPB/dc
cc:  Morgan & Morgan

EXHIBIT 1



Pull to open. ◄◄◄

Align top of FedEx Express® shipping label here.

ORIGIN ID:QFEA
CHRIS BUSSERT          (404) 815-6500
KILPATRICK TOWNSEND & STOCKTON LLP
1100 PEACHTREE STREET NE SUITE 2800
ATLANTA, GA 30309
UNITED STATES US

SHIP DATE: 03MAR25
ACTWGT: 0.50 LB
CAD: 253852128/WSXI3600

BILL SENDER

TO STEVEN CROSKEY
CROSKEY LAW, PLLC
1644 BLANDING BLVD

JACKSONVILLE FL 32210
(404) 815-6545
INV:                    REF: 056317-1488214-03799
PO:                     DEPT.



**FedEx**
Express



TRK#
0201   2860 2651 0705

TUE - 04 MAR 10:30A
PRIORITY OVERNIGHT

XP CRGA

ASR
32210
FL-US   JAX



PSIShip - FedEx Label

Env
Rec!

3/3/25, 4:37 PM

FOLD on this line and place in shipping pouch with bar code and delivery address visible

Align bottom of peel-and-stick airbill or pouch here.

# EXHIBIT E

| | |
|---|---|
| **From:** | Jacob Salit |
| **To:** | Bussert, Chris |
| **Cc:** | Fernando Dutra; WD Trademarks; Camille Wilson |
| **Subject:** | Trademark Infringement Dispute Response - JUSTICEVILLE (CROL0001WM) |
| **Date:** | Wednesday, February 19, 2025 10:35:47 AM |
| **Attachments:** | image001.png |

Hello Christopher,

We hope this communication finds you well.

We are writing today on behalf of Croskey Law, PLLC.

Our firm represents Croskey Law, PLLC, with respect to matters pertaining to their trademarks, including their "JUSTICEVILLE" brand.

Please direct any future correspondence concerning this matter directly to us.

While we review the allegations set forth in the February 6, 2025 letter, may you please provide us with proof that Morgan & Morgan has heavily promoted JUSTICEVILLE around the country and began using JUSTICEVILLE in commerce since early 2024?

Upon receipt, we will review and discuss with our client for their consideration.

Any silence or refusal to provide any additional evidence, other than the sole billboard image provided in Exhibit 1 without indication of data or time, will be relied upon by my client.

This correspondence is not intended to be a complete statement of the facts and circumstances concerning the matters addressed herein or our client's right and remedies respecting the same, all of which are expressly reserved.

We look forward to hearing from you soon.


Best,

Jacob Salit



**Electronic Privacy Notice:** This email, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. If you have received this communication in error, please notify us immediately by telephone or email, and then immediately destroy the original communication. Thank you for your cooperation.

# EXHIBIT F



**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528

CHRISTOPHER P. BUSSERT
direct dial 404 815 6545
direct fax 404 541 3144
cbussert@ktslaw.com

March 14, 2025

VIA E-MAIL jsalit@wilsondutra.com

Jacob Salit, Esq.
Wilson Dutra

   Re: Infringement of JUSTICEVILLE™ Service Mark

Dear Jacob:

   Thank you for your March 7, 2025 email.

   We do not see the need at this time to provide further information on Morgan & Morgan's "heavy" promotion of the JUSTICEVILLE™ Mark around the country.

   Given the limited geographic scope of your client's legal business, it appears the relevant issue is who first used the JUSTICEVILLE™ Mark in commerce in the Jacksonville/St. Augustine marketing area. We are happy to provide further information on our client's 2024 use of the JUSTICEVILLE™ Mark in the Jacksonville/St. Augustine area subject to the terms outlined below.

   Your client's JUSTICEVILLE™ service mark application recites a date of first use and first use in interstate commerce of the JUSTICEVILLE™ mark on "09/00/2024", which as you know, will be construed to mean 09/30/2024. In exchange for our client's voluntarily providing information on its 2024 use of the JUSTICEVILLE™ mark in the Jacksonville/St. Augustine area, we ask that your client provide us with all evidence of its use of the JUSTICEVILLE™ mark in the Jacksonville/St. Augustine area prior to September 30, 2024 or alternatively confirm that it made no such use. If your client is agreeable to my proposal, I propose that we simultaneously exchange that information electronically and then once priority is verified, we can discuss next steps from there.

Please advise if you and your client are agreeable to the proposed simultaneous exchange of priority information.

Sincerely,

Christopher P. Bussert

CPB/dc
cc: Morgan & Morgan, P.A.

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  CHICAGO  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  PHOENIX

RALEIGH  SAN DIEGO  SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

# EXHIBIT G

| | |
|---|---|
| **From:** | Bussert, Chris |
| **To:** | Williams-Lopez, Chris |
| **Subject:** | FW: 3-14-2025 Letter to Jacob Salit regarding Justiceville Service Mark |
| **Date:** | Monday, April 7, 2025 1:11:16 PM |
| **Attachments:** | image002.png |
| | image003.png |

## Chris Bussert

CBussert@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6545 | **M** 404 735 3056 | **F** 404 541 3144
My Profile | vCard

---

**From:** Bussert, Chris
**Sent:** Monday, April 7, 2025 9:23 AM
**To:** Hooker, Charles <chooker@ktslaw.com>
**Subject:** FW: 3-14-2025 Letter to Jacob Salit regarding Justiceville Service Mark

Communications with opposing counsel.

## Chris Bussert

CBussert@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6545 | **M** 404 735 3056 | **F** 404 541 3144
My Profile | vCard

---

**From:** Bussert, Chris
**Sent:** Sunday, March 23, 2025 7:08 PM
**To:** Jacob Salit <jsalit@wilsondutra.com>
**Cc:** Green, Fran <FGreen@ktslaw.com>; Fernando Dutra <fdutra@wilsondutra.com>; Camille Wilson
<cwilson@wilsondutra.com>; Trademarks WD <trademarks@wilsondutra.com>
**Subject:** Re: 3-14-2025 Letter to Jacob Salit regarding Justiceville Service Mark

Jacob: We appear to be going sideways on a pretty straightforward issue. Let me know your
availability this week so we can discuss the priority issue further.

Thank you.

Chris Bussert
CBussert@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6545 | **M** 404 735 3056 | **F** 404 541 3144
My Profile | vCard

On Mar 21, 2025, at 4:20 PM, Jacob Salit <jsalit@wilsondutra.com> wrote:

**\*\*CAUTION: External Email\*\***

Hello Christopher,

We hope you are doing well.

We are confident that our Client used the Justiceville™ before Morgan & Morgan and that our Client would prevail in any action for entitlement to the Justiceville™ trademark, along with their being awarded profits and the like from Morgan and Morgan's intentional infringement of our Client's trademark.
Morgan & Morgan is intentionally infringing on the Justiceville™ trademark in bad faith, for which we intend to issue a cease-and-desist letter to Morgan & Morgan if this matter is not resolved as stated herein this letter.

Despite the forgoing, we recognize that Morgan & Morgan is interested in acquiring the rights to Justiceville™, and our Client has expressed interest in entertaining a commercially reasonable offer from Morgan & Morgan to purchase the ownership rights to Justiceville™.
If Morgan & Morgan is adamant that they want to mutually exchange evidence that pertains to the Priority Date, then we propose that we set an in-person mediation where all material evidence is simultaneously exchanged, and we can also entertain a commercially reasonable offer from Morgan & Morgan to purchase the ownership rights to Justiceville™ at said mediation.

Best,
Jacob Salit
<image002.png>

**Electronic Privacy Notice:** This email, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. If you have received this communication in error, please notify us immediately by telephone or email, and then immediately destroy the original communication. Thank you for your cooperation.

**From:** Green, Fran <FGreen@ktslaw.com> **On Behalf Of** Bussert, Chris
**Sent:** Friday, March 14, 2025 2:08 PM
**To:** Jacob Salit <jsalit@WILSONDUTRA.COM>
**Cc:** Bussert, Chris <CBussert@ktslaw.com>
**Subject:** 3-14-2025 Letter to Jacob Salit regarding Justiceville Service Mark

Please see attached correspondence from Mr. Bussert.

Thank you,

<image003.png>

Chris Bussert
CBussert@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6545 | **M** 404 735 3056 | **F** 404 541 3144
My Profile | vCard
'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications
Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this
message. This transmission, and any attachments, may contain confidential attorney-client privileged information and
attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the
information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by
return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in
any manner.
'