# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**MORGAN GLOBAL, PLLC,**

    Plaintiff,

CASE NO.: 3:25-cv-00491-MMH-MCR

vs.

**CROSKEY LAW, PLLC,**

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION

Pending his pro hac vice admission, Plaintiff, MORGAN GLOBAL, PLLC, pursuant to Local Rule 2.02(a) designates Christopher P. Bussert[1] as lead counsel in this action.

Dated: May 6, 2025

**MORGAN GLOBAL PLLC**
20 N. Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: 407.236.5974
Facsimile: 407.245-3349
*Attorney for Plaintiff*

By: */s/ Damien H. Prosser*
    Damien H. Prosser
    Florida Bar No.: 0017455
    dprosser@forthepeople.com

---

[1] Mr. Bussert's motion for pro hac vice admission will be filed after counsel for Defendant appears and can confer under Local Rule 3.01(g).

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2025, the foregoing document was filed via with the Court via CM/ECF, which provides service to all counsel of record.

*/s/Damien H. Prosser*
Damien H. Prosser
